UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-597-H

| | |
|---|---|
| FRONTIER INSURANCE COMPANY IN REHABILITATION | PLAINTIFF |
| V. | |
| M C MANAGEMENT, INC., et al. | DEFENDANTS |
| ***** | |
| RLM CONSTRUCTION COMPANY, INC. and ROBERT McAULIFFE | THIRD PARTY PLAINTIFFS |
| V. | |
| BROOK SMITH | THIRD PARTY DEFENDANT |

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Frontier Insurance Company in Rehabilitation ("Frontier"), has filed suit to recover from various signatories of an indemnity agreement in connection with a payment and performance bond issued in February, 2000. Several of these Defendants, RLM Construction Company ("RLM") and Robert McAuliffe have filed a Third Party Complaint against Brook Smith, Frontier's agent, claiming his fraudulent conduct was responsible for not relieving him of certain liabilities. Amid these confusing allegations, Smith has moved to dismiss based upon the five-year statute of limitations and the Third Party Plaintiffs have moved to amend their complaint by adding a claim for indemnity.

The Court does not believe that dismissal on limitations ground is appropriate at this

time. First, the potential exists that Frontier led RLM and McAuliffe into believing that the matter would be resolved. Moreover, until Frontier actually asserted a claim against the Third Party Plaintiffs, they had no reason to assert a claim against Smith. Finally, the Third Party Plaintiffs have moved to amend the complaint to add a claim of indemnity, which would not arise until Frontier filed this suit.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to amend the Third Party Complaint is SUSTAINED.

IT IS FURTHER ORDERED that Smith's motion to dismiss the Third Party Complaint is DENIED.

The Court will set a conference in the near future.

cc:    Counsel of Record